**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN CORTEZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | NO. CV 17-7943-CJC(E)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: May 16, 2018

_____
　　　CORMAC J. CARNEY
　UNITED STATES DISTRICT JUDGE